UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CONTOUR ENERGY CO., *et al.* | § | Case Nos. 02-37740-H4-11 – 02-37745-H4-11 |
| | § | (Jointly Admin. Under Case No. 02-37740-H4-11) |
| | § | |
| Debtors. | § | Chapter 11 |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION PURSUANT TO
11 U.S.C. § 345(b) FOR ORDER AUTHORIZING INVESTMENT OF FUNDS**

Came on for consideration the Emergency Motion Pursuant to 11 U.S.C. § 345(b) for Order Authorizing Investment of Funds (the "Motion"), filed by Contour Energy Co., *et al.*, the debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "Debtors") seeking the approval of the continued investment of their cash and cash equivalents in accordance with the guidelines established between the Debtors, Wells Fargo and JP Morgan with respect to the Wells Fargo Treasury Plus Money Market Fund and the JP Morgan Treasury Plus Money Market Fund described in the Motion (the "Investment Guidelines"). After consideration of the arguments of counsel, the pleadings filed, and the evidence presented, the Court finds that the relief requested is in the best interest of the estates and all parties in interest and should be GRANTED.[1] Based on the foregoing, it is hereby

ORDERED that the Motion is GRANTED in all respects; it is further

ORDERED that, having shown sufficient cause under section 345(b) of the Bankruptcy Code, the Debtors are authorized to invest and deposit funds in accordance with the Investment Guidelines, in addition

---

[1] All capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

#516671v1<iManage> -Order on Investment of Funds.wpd

to the investments permitted by Section 345 of the Bankruptcy Code, so long as the Debtors operate as debtors in possession, subject to the further terms of this Order; it is further

ORDERED that the source for the deposit and investment of the Debtors' funds may be amended by the Court from time to time upon application by the Debtors, with notice limited to the United States Trustee, the indenture trustee for the Debtors' 14% Senior Secured Notes and any official creditors' committee appointed in these Chapter 11 cases; it is further

ORDERED that the Debtors' investment of funds in accordance with the Investment Guidelines shall be deemed to constitute compliance with Section 345 of the Bankruptcy Code, and the Debtors are relieved from any obligation that may exist under Section 345(b) of the Bankruptcy Code to obtain any bond as security for the deposit and investment of their funds; and it is further

ORDERED that this is an interim order. If the United States Trustee or the Unsecured Creditors' Committee established in these cases files an objection to the relief granted herein on or before August 16, 2002, this Court shall set a prompt hearing on final approval of the Motion. In the event no objections are filed, this Order shall become final.

Dated: _____7/17_____, 2002.

/s/ William Greendyke
UNITED STATES BANKRUPTCY JUDGE